IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| TAMMY V. HIATT, ) | |
| ) | Case No. 4:09CV00021 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

Before me is the Report and Recommendation of United States Magistrate Judge B. Waugh Crigler, entered on February 18, 2010, recommending that I grant the Commissioner's Motion for Summary Judgment, affirm the Commissioner's final decision, and dismiss the case from the docket of this Court. Plaintiff filed objections to the R&R, and the Commissioner filed a response to Plaintiff's objections. I have reviewed the Magistrate Judge's recommendation, Plaintiff's objections, the Commissioner's response, and the relevant portions of the record. The matter is now ripe for decision. For the reasons set forth in the accompanying Memorandum Opinion, I hereby **ADOPT** the Magistrate's Report and Recommendation, **GRANT** the Commissioner's Motion for Summary Judgment, **AFFIRM** the Commissioner's final decision, and **DISMISS** this case from the docket of the court.

The clerk is directed to send certified copies of this Order to all counsel of record and to Magistrate Judge B. Waugh Crigler.

Entered this 12th day of April, 2010.

                                                                                  s/Jackson L. Kiser         
                                                                                  Senior United States District Judge